MAURICE MAUGER and MARCEL COUTANT, as Receivers and Trustees of the Property, Assets and Affairs of SOCIETE PATHE CINEMA, S. A., Respondents, v. HAROLD AUTEN, Appellant.— Order entered July 18, 1939, so far as appealed from, unanimously modified by providing that the examination of the defendant before trial be completed within a certain fixed period and that the bill of particulars be served within twenty days after completion thereof, and by further providing that

if plaintiffs are without knowledge as to any of the particulars demanded they shall so state under oath in lieu of giving such particulars, and as so modified affirmed; order entered September 22, 1939, unanimously affirmed; with ten dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.